```
              UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH DAKOTA
                    WESTERN DIVISION
```

| | |
|---|---|
| VALERIE THOMAS, | Case No. 15-5072 |
| Plaintiff, | |
| -vs- | STIPULATION FOR DISMISSAL |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | |
| Defendant. | |

COME NOW the parties involved in the above-entitled action and, pursuant to F.R.C.P. 41(a)(1)(ii), enter into this Stipulation allowing for the voluntary dismissal of the above-entitled matter. It is the intent of the parties that this matter shall be dismissed, with prejudice, and without further recourse by the plaintiff or defendant. Furthermore, it is the intent of the parties that all parties shall bear their own costs and attorney's fees associated with the prosecution and defense of this action.

ABOUREZK LAW FIRM

Dated: July 11, 2017

By _____
Attorneys for Plaintiff

2020 West Omaha
Post Office Box 9460
Rapid City, SD 57709
Telephone No. 605-342-0097
e-mail: mike@abourezk.com

00180947.WPD / 1

1

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP

Dated: 7-12-17           By _____
                         Attorneys for Defendant Hartford
                         Insurance Company of the Midwest

506 - 6th Street
Post Office Box 8045
Rapid City, SD  57709-8045
Telephone No. 605-341-1078
e-mail: jsmiley@gpna.com

RICHARDSON, WYLY, WISE, SAUCK
& HIEB, LLP

Dated: 7/14/17           By _____
                         Attorneys for Defendant
                         Sedgwick Claims Management
                         Services, Inc.

One Court Street
Post Office Box 1030
Aberdeen, SD  57402-1030
Telephone No. 605-225-6310
e-mail: jhieb@rwwshc.om

00180947.WPD / 1                    2