UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| VALERIE THOMAS,<br><br>                Plaintiff,<br><br>  vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>                Defendants. | CIV. 15-5072-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint stipulation for dismissal (Docket 42), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice and each party shall bear their own costs and attorney's fees.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

Dated July 24, 2017.

                BY THE COURT:

                /s/ *Jeffrey L. Viken*
                JEFFREY L. VIKEN
                CHIEF JUDGE